UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Billy Lee Lisenby, Jr., # 200273, | ) | C/A No.  5:14-423-DCN-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Warden Tim Riley; | ) | ORDER |
| Assoc. Warden G. Lane; | ) | |
| Assoc. Caldwell; | ) | |
| Major J. Parish; | ) | |
| Captain B. Tucker; | ) | |
| Doctor Bearden; | ) | |
| Nurse A. Spencer; | ) | |
| Dir. William Byars; | ) | |
| C/O Bobo; | ) | |
| Lt. Copeland; | ) | |
| Mrs. Janice Phillips; | ) | |
| Warden Celia Reynolds; | ) | |
| Assoc. Warden Washington; | ) | |
| Assoc. McKay; | ) | |
| Major Seward; | ) | |
| Captain Dubois; | ) | |
| Lt. Huntley; | ) | |
| Mrs. Lecompt; | ) | |
| Mrs. Powe, and | ) | |
| Mrs. Hough, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      This is a civil action filed by a state prisoner proceeding *in forma pauperis*. The case is before the undersigned magistrate judge for review of a supplemental pleading submitted by Plaintiff after the issuance of the Order directing service of the Complaint, but before the court's receipt of Defendants' Answer. Supplement, ECF No. 49.[1] The supplemental pleading was docketed in this case on the same day Defendants submitted their Answer to the Complaint. Answer, ECF No. 50.

**TO THE CLERK OF COURT**:

---

[1] Although Plaintiff entitled the document an "Amended Complaint," the court construes it as a Supplement to the operative Complaint, as discussed herein.

The Clerk of Court is directed to regenerate and send the Notice of Electronic Filing ("NEF") that was created upon the filing of the Supplement, ECF No. 49, to counsel for the Defendants. Thus, service of the Supplement on Defendants is accomplished by serving counsel through the ECF system as stated in District of South Carolina, *Electronic Case Filing Policies & Procedures* § 11.2.1(a) (2006).

In order to preserve issues raised in this case and give liberal construction to the pleadings, after regenerating the NEF as directed above, the Clerk of Court is directed to make the Supplement (ECF No. 49) an attachment to the Complaint (ECF No. 1).

**TO DEFENDANTS**:

Defendants are directed to review Plaintiff's Supplement and to submit an amended answer no later than **May 6, 2014**, should defense counsel deem any response to the Supplement necessary.

IT IS SO ORDERED.

April 22, 2014                                                                           Kaymani D. West
Florence, South Carolina                                                    United States Magistrate Judge