UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Billy Lisenby, Jr., #200273, | ) | C/A No. 5:14-cv-00423-DCN-KDW |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| Warden Tim Riley, et. al., | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's Motion to Issue Subpoenas, ECF No. 27, filed on March 28, 2014. Because Plaintiff's motion seeks copies of medical records in possession of third party medical providers that are relevant to the prosecution of Plaintiff's case, Plaintiff's Motion to Issue Subpoenas, ECF No. 27, is granted.

## **TO THE CLERK OF COURT:**

The Clerk is directed to issue the following subpoenas for copies of Plaintiff Billy Lee Lisenby, Jr.'s medical records:

a. United Sleep Medicine, 212 LePhillip Court, Suite 105, Concord, NC 28025;

b. United Sleep Medicine, 1315 E. Sunset Dr., Suite 202, Monroe, NC 28112;

c. Neurology, Neurodiagnostics & Pain Clinic, Chuck Tsering, M.D., Board Certified Neurologist, 1414 Ellen Street, Monroe, NC, 28112; and

d. Victoria Rommel, M.D., Anson Family Medicine, 510 Morven Road, Wadesboro, NC, 28170.

Upon issuance of the subpoenas by the Clerk, Plaintiff is advised that he must provide notice and copies of the subpoenas to Defendants' counsel, Amy N. Snyder, Post Office Box 6728, Greenville, South Carolina 29606, before he serves the subpoenas on the listed medical providers. Plaintiff is also advised that he is responsible for sending a copy of each subpoena to the listed medical providers once the subpoena is issued by the Clerk. *See* Fed. R. Civ. P. 45(a)(4) and (b)(1).

       IT IS SO ORDERED.

May 1, 2014                                                           Kaymani D. West  
Florence, South Carolina                        United States Magistrate Judge